ORIGINAL

FILED

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0621

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0621

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRITTNEY ANN ALLEN,

    Defendant and Appellant.

FILED

SEP 02 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 7, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Sept. 2, 2022

_____
Justice